```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 38645
   GEORGE MURDAUGH
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-3968
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/20/05 and confirmed on 12/09/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 27706.00 .

   4. The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 20522.34 | .00 | 20522.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3147.04 | 182.01 | 3147.04 |

       Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20522.34 | .00 | 3147.04 | .00 | 23669.38 |
| PRINCIPAL PAID | 20522.34 | .00 | 3147.04 | .00 | 23669.38 |
| INTEREST PAID | .00 | .00 | 182.01 | .00 | 182.01 |
| TOTAL PAID | 20522.34 | .00 | 3329.05 | .00 | 23851.39 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   2700.00
and was paid $   306.00  direct and $  2394.00   through the plan.

The Trustee received $   1211.77 .

Refunds to the Debtor totaled $    248.84 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/16/09                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                        PAGE   2
CASE NO. 05 B 38645 GEORGE MURDAUGH
```